# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

**ARMANDO ALEJANDRO**

V.  Case Number: **24-CV-**

**CRST EXPEDITED, INC., EARL GLASS and DOES 1-100**

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a **Summons**

in the above-entitled cause for:

**EARL GLASS**
**3341 W Avenue J4**
**Lancaster, CA  93536**

s/ Rachel Berkness

Attorney for  Plaintiff, Lawrence Field

12/3/2024
Date